# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA BANASIAK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DEBORAH KLEIN, et al.,<br><br>　　　　Defendants. | Case No. 3:23-cv-00426-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Joshua Banasiak, in pro se, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 5th day of ~~June~~ August, 2025.

*/s/ Joshua Banasiak*
JOSHUA BANASIAK
Plaintiff, *Pro Se*

DATED this 5th day of June, 2025.

AARON D. FORD
Attorney General

By: */s/ Douglas R. Rands*
　　DOUGLAS R. RANDS, Bar No. 3572
　　Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: October 22, 2025

Page **1**